AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| BRADFORD FERRICK | ) | 23-mj-7136-JCB |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 13, 2023___ in the county of ___Middlesex___ in the District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Bryce Montoya

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryce Montoya, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  5:11 PM, Mar 13, 2023

_____
*Judge's signature*

City and state:  Boston, MA

U.S. Magistrate Judge
*Printed name and title*