**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| V. | NO.  23-10109-WGY |
| **BRADFORD FERRICK** | |

**INITIAL SCHEDULING ORDER**

  YOUNG, D.J.

The above named defendant(s) having been arraigned on  April 21, 2023  before Magistrate Judge Jennifer C. Boal , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/19/2023 .  See L.R116.1(C).

B. The defendant shall provide automatic discovery by  5/19/2023 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  6/2/2023 .  See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  6/16/2023 .  See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  June 1, 2023  at  2:00  p.m. in Courtroom No.  18  on the  5th  floor.

By the Court,

  May 19, 2023                                        /s/ Jennifer Gaudet
Date                                                          Deputy Clerk