UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Criminal Action
                                                  No: 1:23-10109-WGY

UNITED STATES
Plaintiff

v.

BRADFORD FERRICK
Defendant

SCHEDULING ORDER

YOUNG, D.J.

An initial status conference in accordance with LR 116.5 was held on 6/1/2023.

Any substantive motions are to be filed by 11/13/2023.   See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 11/27/2023.   See LR 116.3(I).

A Final Pretrial Conference will be held on 12/4/2023 at 2:00 PM.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 12/4/2023.

A tentative trial date has been set for January 8, 2024 at 9:00 AM.

The time between 4/13/2023 and 1/8/2024 is excluded with the
agreement of the defendant in the interest of justice as stated on the record.

                                                  By the Court,

                                               /s/ Jennifer Gaudet
                                               Deputy Clerk

June 7, 2023