UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        v.                                                          )    Criminal No: 23-cr-10109-WGY<br>)<br>BRADFORD FERRICK,                               )<br>    Defendant.                                      ) | |

## ASSENTED-TO MOTION TO CONTINUE TRIAL AND TRIAL DEADLINES

The United States of America, by and through the undersigned attorney, respectfully moves this Court to continue the trial and related filing deadlines and final pretrial conference in the above-captioned case. As grounds therefor, the government states that it expects to seek additional charges by way of superseding indictment before the currently scheduled trial date of January 8, 2024. The parties have been engaged in discussions regarding the potential resolution of the matter, but have not reached agreement, and will not be positioned to do so before any superseding indictment is filed. Based on their trial schedules, the parties suggest a date after April 1, 2024. The defendant assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    /s/ *Anne Paruti*
Anne Paruti
Assistant United States Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3310

**CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Anne Paruti
      Assistant United States Attorney

Dated: December 4, 2023