IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADFORD FERRICK | No. 23-cr-10109-WGY |

### ASSENTED- TO MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

Defendant, Bradford Ferrick, with the assent of the government, respectfully moves to continue the trial in this matter to a date on or after September 9, 2024, and to adjust other pretrial deadlines accordingly. As grounds for this motion, undersigned counsel state:

1. The government reports that it is continuing to review unusually voluminous seized electronic evidence, which will likely require further disclosures to the defense.

2. As noted in a prior filing, D.E. 29, the government may seek additional charges by way of superseding indictment.

3. As also noted in that prior filing, the parties have been engaged in discussions regarding possible resolution of the matter, and expect to continue those discussions.

4. Undersigned retained counsel, who first appeared on February 27, 2024, are still in the process of familiarizing themselves with the existing discovery and record in this case, and will require additional time to research and draft potential dispositive motions and to prepare for trial if a pretrial resolution is not reached.

WHEREFORE, the Court should grant the requested continuance.

Respectfully submitted,

**BRADFORD FERRICK**

by his attorneys,

    */s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
DANIEL N. MARX, ESQ. (BBO #
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

## Certificate of Service

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 11, 2024.

    */s/ William Fick*